| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 4:11CR223 |
| | § | |
| RAMIRO BENJUME PERDOMO (1) | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of thirty-three (33) months of imprisonment, to be served consecutively to any other term of imprisonment, with no term of supervised release to follow.

The Court also recommends that Defendant be housed in the FCI McRae Bureau of Prisons facility, if appropriate.

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 23rd day of May, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE